FRANKLIN S. CLARK, Respondent, *v.* KATE M. CONKLIN et al., Appellants.

APPEAL from a judgment in favor of plaintiff, rendered in the Municipal Court of the city of New York, tenth district, borough of Manhattan.

T. Davis, for appellants.

S. I. Ferguson, for respondent.

*Per Curiam.* As the record does not show that the defendants were residents of the city of New York, the jurisdictional facts do not appear, and the judgment must, accordingly, be reversed. Willis v. Parker, 30 Misc. Rep. 750.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment reversed and new trial ordered, without costs.

---

MEYER S. RICH, Respondent, *v.* SIMON SCHENDEL, Appellant.

APPEAL from a judgment in favor of plaintiff, rendered in the Municipal Court of the city of New York, seventh district, borough of Manhattan.

William P. Schoen, for appellant.

M. Meyer, for respondent.

*Per Curiam.* As the record does not show that the defendant was a resident of the city of New York, the jurisdictional facts do not appear, and the judgment must, accordingly, be reversed. Willis v. Parker, 30 Misc. Rep. 750.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment reversed and new trial ordered, without costs.